**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Exquisite Multimedia Inc., | No. CV-12-0107-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| Does 1–146, | |
| Defendants. | |

After review of the docket, the court notes that the complaint in this matter was filed on January 17, 2012. On April 12, 2012, we granted plaintiff leave to take early discovery in order to discover the identity of defendants (doc. 9). To date, the docket does not show that any defendant has been served.

Therefore, IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed on or after September 30, 2012 as to any unserved defendant, without further notice to plaintiff, unless before then plaintiff has served those defendants with process and has filed with the clerk of the court proof of service as required by Rule 4(l).

DATED this 18th day of September, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge