**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Exquisite Multimedia Inc., | ) | No. CV-12-0107-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Does 1–146, | ) | |
| Defendants. | ) | |

Plaintiff contends that it found evidence that its copyrighted work was copied without authorization by unknown parties through the Internet using BitTorrent peer-to-peer technology. Plaintiff identified the IP addresses of those purportedly making improper copies. On April 12, 2012, we granted plaintiff's request for early discovery to obtain identifying information relating to the unknown Does. To date, the docket shows no proof of service.

We now have before us an unknown John Doe's ("Movant Doe") motion to dismiss/sever and for protective order and/or to quash subpoena ("Motion") (doc. 10), plaintiff's response (doc. 16) and plaintiff's motion to strike (doc. 11), to which Movant Doe did not respond.

Plaintiff moves to strike Movant Doe's Motion pursuant to Rule 11, Fed. R. Civ., which requires that every pleading, motion, or other paper filed with this court must "state

the signer's address, e-mail address, and telephone number." Fed. R. Civ. P. 11(a). Movant Doe has entered his signature as "John Doe," and has failed to provide a real name, address or telephone number. Only an anonymous email address is provided. "[T]he identity of the parties in any action, civil or criminal, should not be concealed except in an unusual case, where there is a need for the cloak of anonymity," where it is necessary, for example, "to protect a person from harassment, injury, ridicule or personal embarrassment." United States v. Doe, 655 F.2d 920, 922 n.1 (9th Cir. 1981); see also Doe v. Fellows, 927 F.2d 608 (9th Cir. 1991).

Movant Doe has not sought the permission of the court to file documents anonymously, or otherwise made a showing of good cause to do so. Even if Movant Doe demonstrates good cause to proceed anonymously, he must nevertheless reveal his identity to the court. Because Movant Doe has failed to comply with Rule 11, his Motion is ordered stricken (doc. 10).

**IT IS ORDERED GRANTING** plaintiff's motion to strike (doc. 11).

**IT IS FURTHER ORDERED STRIKING** Movant Doe's motion to dismiss/sever and for protective order/quash subpoena (doc. 10).

If any Doe Defendant wishes to file a motion or other paper in this court, he or she must first lodge a notice of his or her true contact information (including a real name) under seal, and simultaneously file a motion to accept and seal the lodged notice. See LRCiv 5.6.

DATED this 18th day of September, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge